

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00452-CV

**MGR, INC.** and Miracle Body and Paint, Inc. d/b/a Miracle Body and Paint,
Appellants

v.

**GEICO CASUALTY COMPANY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-18092
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee recover its costs of appeal from appellants.

SIGNED February 13, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice